# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVAN PENNINGTON and BRENNA PENNINGTON, | CIVIL DIVISION |
| Plaintiffs, | No. GD-23-007513 |
| v. | 2:23-CV-1289 |
| PROGRESSIVE ADVANCED INSURANCE CO. and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendants. | |

## NOTICE OF REMOVAL

State Farm Mutual Automobile Insurance Company (hereinafter "State Farm"), by and through its undersigned attorneys, files the following Notice of Removal pursuant to 28 U.S.C. §1441 and 1446:

1. Plaintiffs commenced this case by filing a Complaint in the Court of Common Pleas of Allegheny County, Pennsylvania on or about June 15, 2023 at docket number GD- 23-007513.

2. According to the Affidavit of Service filed in state court, Defendant Progressive Advanced Insurance Company ("Progressive") was served with original process on or about June 21, 2023.

3. No Affidavit of Service has been filed in state court as to State Farm, however, State Farm avers that it was served with the Complaint less than 30 (thirty) days prior to the filing of the within Notice of Removal.

4. Plaintiffs have filed this lawsuit alleging that Progressive and State Farm acted in bad faith in the handling of their claim for Uninsured Motorist benefits arising out of a motorcycle accident.

5. In Count I of the Complaint, Plaintiffs demand judgment against Progressive in an amount in excess of $50,000.00 including but not limited to, interest, punitive damages, costs, and attorney's fees.

6. In Count II of the Complaint, Plaintiffs demand damages from State Farm in an amount in excess of $50,000.00 including, but not limited to, interest, punitive damages, costs, and attorney's fees.

7. Plaintiffs aver that they are residents of Allegheny County Pennsylvania.

8. State Farm believes and therefore avers that the Plaintiffs are citizens of the Commonwealth of Pennsylvania.

9. State Farm is an Illinois mutual company with its principal place of business located at One State Farm Plaza, Bloomington, Illinois.

10. Plaintiffs aver that Progressive "maintains a registered home address of 6300 Wilson Mills Road, W33, Mayfield Village, Ohio.

11. Progressive is incorporated and maintains its principal place of business in Ohio.

12. Based on the allegations of the well-pleaded Complaint and Notice of Removal, there is complete diversity between the parties under 28 U.S.C. §1332.

13. Based on the allegations of the Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

14. Copies of all process and pleadings filed in the Court of Common Pleas of Allegheny County, Pennsylvania are attached to this Notice.

15. State Farm shall give notice to all parties of the filing of this Notice as required by 28 U.S.C. §1446(d).

16. Progressive consents to removal of this case to federal court.

17. A copy of this Notice will be filed with the Department of Court Records of the Court of Common Pleas of Allegheny County, Pennsylvania.

                Respectfully submitted,

                ROBB LEONARD MULVIHILL LLP

                */s/ Mark A. Martini*
                Mark A. Martini, Esquire
                Attorney for Defendant *State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of its **NOTICE OF REMOVAL** has been served via U.S. First Class mail this 17th day of July, 2023, upon the following:

>Joyce Novotny-Prettiman, Esquire
>Quatrini Law Group
>550 E. Pittsburgh Street
>Greensburg, PA 15601
>*Attorneys for Plaintiff*
>
>Jeffrey A. Ramaley, Esquire
>Zimmer Kunz, PLLC
>The Grant Building
>310 Grant Street, Suite 3000
>Pittsburgh, PA 15219
>*Attorneys for Defendant*
>*Progressive Advanced Insurance Company*

>　　　　　　　　　　　　　　 */s/ Mark A. Martini*
>　　　　　　　　　　　　　　 Mark A. Martini, Esquire

{R1469920.2 }